**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 97-2353**

_____

ARTHUR MCMILLAN,

                    Plaintiff - Appellant,

        versus

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS,

                    Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Dennis W. Shedd, District Judge.
(CA-96-1227-3-19-BC)

_____

Submitted:  July 2, 1998            Decided:  July 16, 1998

_____

Before NIEMEYER and HAMILTON, Circuit Judges, and HALL, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Arthur McMillan, Appellant Pro Se.  Michael Stephen Pauley, LIDE,
MONTGOMERY, POTTS & MEDLOCK, P.C., Columbia, South Carolina, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his employment discrimination action. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. McMillan v. South Carolina Dep't of Corrections, No. CA-96-1227-3-19-BC (D.S.C. Sept. 2, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED